UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL NO. 06-80-WOB

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.

TERESA DEATON                                                                DEFENDANT

## REPORT AND RECOMMENDATION

On April 11, 2014 this matter came on for an evidentiary hearing on petition of the United States Probation Office that the defendant, TERESA DEATON, show cause why her supervised release should not be revoked. The defendant was present in Court and represented by Frank Mungo and the United States was present through Assistant United States Attorney Anthony Bracke. The proceedings were recorded by Digital Court Recording and conducted pursuant to 18 U.S.C. § 3401(I). Oral argument was presented by counsel and the defendant admitted violating the terms of her supervised release as set out in the February 20, 2014 violation report of U.S.P.O. Melissa A. Mutter.

After pleading guilty to one count of Conspiracy to Distribute and Possession with Intent to Distribute Cocaine Base in violation of 21 U.S.C. § 846 and 841(b)(1)(B), a Class A felony, Deaton was sentenced on June 15, 2007 to sixty months incarceration followed by 96 months of supervised release.  On January 3, 2013 Deaton's term of supervision was revoked and she was sentenced to 12 months incarceration, followed by 60 months supervised release.  Deaton began her term of supervised release on December 4, 2013 and the supervision for the entire term has been conducted

by the U.S. Probation Office for the Southern District of Ohio at Cincinnati. She now stands charged with the following violation:

> **SPECIAL CONDITION: THE DEFENDANT SHALL SERVE THE FIRST 180 DAYS AT THE COMMUNITY RESIDENTIAL RE-ENTRY CENTER (PATHWAYS), SHE SHALL COMPLY WITH ALL RULES OF THE PROGRAM, AND UPON RELEASE FROM THE HALFWAY HOUSE DEFENDANT SHALL OBTAIN SUITABLE HOUSING APPROVED IN ADVANCE BY THE PROBATION OFFICER.**

The defendant entered the Community Residential Re-entry Center (Pathways) on December 4, 2013. However, on February 20, 2014 she was terminated from the Pathways program after receiving numerous sanctions which included the following: disruption of safety of the facility, possession of contraband, possession of a cell phone, smoking in the building and no job. When confronted and told that she was in danger of being terminated from the program, Deaton advised her case manager that she is rebellious, hard headed and aggressive and that she has no real intention of changing.

The parties have reached an agreement as to the appropriate punishment for the above infraction, and the Court being satisfied from dialogue with the defendant that he understands the nature of the charges pending against her, has had ample opportunity to consult with counsel, and enters this agreement knowingly and voluntarily, accordingly;

**IT IS RECOMMENDED:**

1. That the defendant be found to have violated the terms of her supervised release as set out above and that it be revoked;

2. That the defendant, TERESA DEATON, be sentenced to the custody of the Attorney General for a period of **THIRTEEN (13) MONTHS** with no supervised release to follow;

3. That the above sentence be served at FCI-Tallahassee, Florida at the discretion of the Bureau of Prisons.

Particularized objections to this Report and Recommendation must be filed within fourteen (14) days of the date of service of the same or further appeal is waived. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Wright v. Holbrook, 794 F.2d 1152, 1154-55) (6th Cir. 1986). **If the defendant wishes to address the District Court prior to sentencing, the defendant must so notify the Court in writing within fourteen (14) days.** A party may file a response to another party's objections within ten (10) days after being served with a copy thereof. Rule 72(b), Fed.R.Civ.P.

This 14th day of April, 2014.

Signed By:
J. Gregory Wehrman
United States Magistrate Judge