UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL ACTION NO. 06-80 (WOB-JGW)

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                          ORDER

TERESA DEATON                                               DEFENDANT

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. #167), and there being no objections filed thereto, the Court being advised,

**IT IS ORDERED** that said Report and Recommendation be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that defendant is found to have violated the terms of her supervised release and said supervised release is hereby **revoked**; that defendant be sentenced to the custody of the Attorney General for a period of **thirteen (13) months** with no supervised release to follow; that defendant's sentence be served at FCI-Tallahassee, Florida at the discretion of the Bureau of Prisons. A separate Judgment shall enter herein.

This 16th day of May, 2014.



Signed By:
*William O. Bertelsman* WOB
United States District Judge